IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| Claude Williams and Glennie Williams ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NUMBER:   1:07-cv-879 |
| ) | |
| Richmond Title Services, LP and ) | |
| Stewart Title Guaranty Company ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR DISMISSAL OF COUNT TWO WITHOUT PREJUDICE**

Now come the Plaintiffs and move the court for an order dismissing Count two of their complaint in the above styled action without prejudice.

/s/ Earl P. Underwood, Jr.
EARL P. UNDERWOOD, JR. (UNDEE6591)
Attorneys for Plaintiffs
Post Office Box 969
Fairhope, Alabama 36533
Telephone:     (251)   990-5558
Facsimile:      (251)   990-0626
E-Mail:          epunderwood@alalaw.com

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

John Chas. Pierce
David Kirby Howard
Butler Pappas Weihmuller Katz Craig, LLP
P.O. Box 16328
Mobile, AL 36616

/s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr.