**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **CLAUDE WILLIAMS and GLENNIE WILLIAMS, Individually and on behalf of all similarly situated individuals,** ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| **v.** ) | **CIVIL ACTION No. 07-0879-KD-M** |
| ) | |
| **RICHMOND TITLE SERVICES, LP, and STEWART TITLE GUARANTY COMPANY,** ) ) ) ) | |
| **Defendant.** ) | |

<u>**ORDER**</u>

This matter is before the Court on the status report filed December 16, 2008 (doc. 61).

Previously, in June 2008, the parties were ordered to file monthly status reports (doc. 50).  The

court now modifies this schedule and the next **status report** shall be due on or before **February**

**6, 2008.**

**DONE** and **ORDERED** this 22nd day of December, 2008.


 s / Kristi K DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**