## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLENNIE WILLIAMS and CLAUDE WILLIAMS, individually and on behalf of similarly situated individuals,** | ) ) ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 07-00879-KD-M** |
| | ) | |
| **RICHMOND TITLE SERVICES, LP,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### JUDGMENT

In accordance with the Order entered on this date granting the parties' Joint Motion to Confirm Arbitrator's Decision (Doc. 70), it is hereby **ORDERED, ADJUDGED** and **DECREED** that the arbitrator's decision is **CONFIRMED** such that judgment is entered in the manner specified in the Arbitrator's "Final Order" (Doc. 70-4 at 2-19) and "Order Approving Award for Attorneys Fees and Reimbursement of Costs and Award of Incentive Fee" (Doc. 70-4 at 20-23).

**DONE** and **ORDERED** this the **3rd** day of **June 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**